# Unclaimed Funds

Entered 1/1/2001 to 7/10/2013

| Case No./<br>Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| <u>10-40121 -msh</u><br>18992601 | Nina M. Parker, Esq.<br>Parker & Associates<br>10 Converse Place, 2nd Floor<br>Winchester, MA 01890-2713<br>01890-2713 | 2,170.18 | 07/10/2013 |

**Grand Total: 2,170.18**